UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-06350 |
| ) | |
| WILLIAM P. BUTCHER AS SPECIAL ) | |
| REPRESENTATIVE OF THE ESTATE OF ) | |
| STELLA DYKSTRA a/k/a STELLA B. ) | |
| DYKSTRA; UNKNOWN HEIRS and ) | Judge: Elaine E. Bucklo |
| LEGATEES of STELLA DYKSTRA a/k/a ) | |
| STELLA B. DYKSTRA; DENNIS H. ) | |
| DYKSTRA; DEE DYKSTRA; UNKNOWN ) | |
| OWNERS and NONRECORD ) | |
| CLAIMANTS; ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By: */s/ Kimberly J. Goodell*
    KIMBERLY J. GOODELL
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    kgoodell@potestivolaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I, Kimberly J. Goodell, certify that a true and correct copy of the foregoing **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE** was served upon counsel of record through operation of the Court's Case Management/Electronic Case Files system on February 27, 2013, and on the following non-ECF filers:

William P. Butcher
2044 Ridge Road
Homewood, IL 60430

Estate of Stella Dykstra a/k/a
Stella B. Dykstra
4101 West 149th Street
Midlothian, Illinois 60445

Unknown Heirs and Legatees
of Stella Dykstra a/k/a
Stella B. Dykstra
4101 West 149th Street
Midlothian, Illinois 60445

Dennis H. Dykstra
15720 Sunset Ridge Court
#2W
Orland Park, Illinois 60462

Dee Dykstra
15720 Sunset Ridge Court
#2W
Orland Park, Illinois 60462

Unknown Owners and Non-Record Claimants
4101 West 149th Street
Midlothian, Illinois 60445

By: *Kimberly J. Goodell*
KIMBERLY J. GOODELL
Potestivo & Associates, P.C.
Attorneys for Plaintiff
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
kgoodell@potestivolaw.com